Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BILLING ASSOCIATES NORTHWEST, LLC, a Washington limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>ADDISON DATA SERVICES, LLC, a Texas limited liability company; LESLIE W. KREIS, JR., a Texas resident; MENDOZA LINE CAPITAL, LLC, a limited liability company; DAVID DURHAM, KORENVAES HORIZON PARTNERS, L.P. a limited partnership; CHRISTOPHER (Christian) HARPER, a Texas resident, CORBETT CAPITAL, LLC, a limited liability company; PAT CRAINE, a Texas resident; JOE CRAINE, a Texas resident, and JANE/JOHN DOES, fictitious names for persons receiving constructive trust property,<br><br>        Defendants. | NO. 2:20-cv-01854-RSM<br><br>ORDER GRANTING EXTENSION OF DEADLINE |

The parties' Stipulated Motion for Extension of Deadline for defendants to respond to plaintiff's Second Amended Complaint [Dkt. 43] is hereby GRANTED. Defendants shall file their response on or before January 12, 2023.

SO ORDERED this 3rd day of January, 2023.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING EXTENSION OF DEADLINE – 1
(2:20-cv-01854-RSM)

ADD005-0001 Billing C20-1854 order extend ddl

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020